CO-386-online
10/03

# United States District Court
# For the District of Columbia

Maxwell Hodgkins, et al.  )
                         )
                         )
                         )
              Plaintiff  )    Civil Action No. _____
         vs              )
                         )
Eric Holder              )
                         )
                         )
              Defendant  )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Second Amendment Foundation, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Second Amendment Foundation, Inc.__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

__453449__
BAR IDENTIFICATION NO.

Alan Gura
Print Name

101 N. Columbus Street, Suite 405
Address

Alexandria, VA          22314
City        State       Zip Code

703.835.9085
Phone Number