**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MAXWELL HODGKINS,** )<br>  19A Arabin Road )<br>  Brockley )<br>  London SE4 2SD )<br>  United Kingdom )<br>   )<br>**STEPHEN DEARTH** )<br>  72 Red Willow Crescent )<br>  Winnipeg, MB R2J 4G4 )<br>  Canada )<br>   )<br>  and )<br>   )<br>**SECOND AMENDMENT** )<br>**FOUNDATION, INC.** )<br>  12500 N.E. 10th Place )<br>  Bellevue, WA 98005 )<br>   )<br>          Plaintiffs, )<br>   )<br>v.  )<br>   )<br>**ERIC HOLDER,** )<br>  Attorney General of the United States )<br>  950 Pennsylvania Ave., N.W. )<br>  Washington, D.C. 20530-0001 )<br>   )<br>          Defendant. )<br>_____ ) | Civil Action No. 09-00587 (JR) |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME**

Defendant Eric Holder, through his undersigned counsel, hereby moves this Court for an order extending the deadline for defendant to answer or otherwise respond to the complaint from Tuesday, June 2, 2009 to Friday, June 26, 2009. Counsel for defendant has conferred with counsel for plaintiff, who does not oppose this request. There have been no previous requests for extension of time. A proposed order is attached.

                                                                Respectfully submitted,

          TONY WEST
          Assistant Attorney General

          JEFFREY A. TAYLOR
          United States Attorney

          SANDRA M. SCHRAIBMAN
          Assistant Branch Director
          U.S. Department of Justice
          Civil Division, Federal Programs Branch

            */s/ John R. Coleman*
          JOHN R. COLEMAN
          Trial Attorney
          U.S. Department of Justice
          Civil Division, Federal Programs Branch
          20 Massachusetts Avenue, NW, Room 6118
          Washington, D.C. 20530
          (202) 514-4505
          john.coleman3@usdoj.gov

          *Counsel for Defendant*

Dated: May 13, 2009