## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAXWELL HODGKINS, et al.**  )  <br>  ) <br> Plaintiffs,  ) <br>  ) <br> v.  ) <br>  ) <br> **ERIC HOLDER,**  ) <br> Attorney General of the  ) <br> United States  ) <br>  ) <br> Defendant.  ) <br> _____) | Civil Action No. 09-00587 (JR) |

## PROPOSED ORDER

It is hereby ORDERED that defendant's unopposed motion for an extension of time in which to answer or otherwise respond to the complaint is granted. Defendant shall answer or otherwise respond to plaintiffs' complaint by Friday, June 26, 2009.

_____
HON. JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE