IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAXWELL HODGKINS, et al., ) | Case No. 08-CV-0587-JR |
| ) | |
| Plaintiffs, ) | [PROPOSED] ORDER |
| ) | |
| v. ) | |
| ) | |
| ERIC HOLDER, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

[PROPOSED] ORDER

This matter came before the Court on Defendant's Motion to Dismiss the Complaint for lack of subject matter jurisdiction. Fed. R. Civ. P. 12(b)(1).

Upon reviewing the motion and opposition thereto, the Court orders that the motion be DENIED. Defendant shall file and serve an answer to the Complaint within _____ days of the date of this Order.

SO ORDERED.

This the ___ day of _____, 2009.

_____
The Hon. James Robertson
United States District Judge

Copies to:

Alan Gura  
Gura & Possessky, PLLC  
101 N. Columbus St., Suite 405  
Alexandria, VA 22314

John R. Coleman  
U.S. Dept. Of Justice  
20 Massachusetts Avenue, Room 6118  
Washington, DC 20530