IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAXWELL HODGKINS, et al.** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | Civil Action No.  09-00587 (JR) |
| ) | |
| **ERIC HOLDER,** ) | |
| Attorney General of the ) | |
| United States ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## DEFENDANT'S RESPONSE TO PLAINTIFFS' CITATION TO NEWLY-DECIDED CONTROLLING AUTHORITY

The recent decision of the United States Court of Appeals for the District of Columbia Circuit in *Ord v. District of Columbia*, — F.3d —, 2009 WL 4408200 (D.C. Cir. Dec. 4, 2008), supports dismissal of plaintiffs' claims for lack of standing.  The D.C. Circuit confirmed its long-standing precedent that a plaintiff will not have standing to bring a preenforcement challenge to a criminal statute unless they can "demonstrate that their prosecution results from a special law enforcement priority, namely that they have been 'singled out or uniquely targeted by the . . . government for prosecution.'" *Id.* at *3 (quoting *Parker v. District of Columbia*, 478 F.3d 370, 375 (D.C. Cir. 2007)).

Ord was found to meet this standard because (1) the District of Columbia's issuance of a warrant for his arrest under the challenged provision, (2) the District of Columbia's concession, on appeal, that this warrant was "sufficient to show . . . a special priority," (3) Ord's allegations of bad faith, specifically the District of Columbia's alleged attempt to avoid judicial review of the challenged provision by declaring a *nolle prosequi* after Ord asked the D.C. Superior Court to quash the warrant, and (4) the arrests of Ord's employees under the same provision. *Id.* at *5.

Plaintiffs in this case can point to no such circumstances. Accordingly, as *Ord* confirms, this case must be dismissed.

| | |
|---|---|
| Dated: December 20, 2009 | Respectfully submitted, |
| | TONY WEST<br>Assistant Attorney General |
| | CHANNING D. PHILLIPS<br>Acting United States Attorney |
| | SANDRA M. SCHRAIBMAN<br>Assistant Branch Director<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch |
| |  */s/ John R. Coleman*<br>JOHN R. COLEMAN<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, NW, Room 6118<br>Washington, D.C. 20530<br>(202) 514-4505<br>john.coleman3@usdoj.gov |
| | *Counsel for Defendant* |