**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
MAXWELL HODGKINS, et al.,        :
                                 :
        Plaintiffs,              :
                                 :
    v.                           :  Civil Action No. 09-0587 (JR)
                                 :
ERIC HOLDER, Attorney General of :
the United States,               :
                                 :
        Defendant.                :
```

### ORDER

Upon consideration of the defendant's motion to dismiss [Dkt. # 5], the plaintiffs' response thereto [Dkt. #6], and the defendant's reply [Dkt. #7], and for the reasons stated in the accompanying memorandum, it is **ORDERED** that defendant's motion to dismiss is **GRANTED**.

```
                            JAMES ROBERTSON
                       United States District Judge
```