IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAXWELL HODGKINS, STEPHEN DEARTH, and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ERIC HOLDER, <br><br> Defendant. | Case No. 08-CV-0587-JR <br><br> **NOTICE OF APPEAL** |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiffs Maxwell Hodgkins, Stephen Dearth and the Second Amendment Foundation, Inc. hereby appeal to the United States Court of Appeals for the District of Columbia Circuit the final order of the District Court of January 5, 2010, granting Defendant Eric Holder's motion to dismiss the Complaint (Docket No. 11).

Dated: March 3, 2010            Respectfully submitted,

                                                      Alan Gura (D.C. Bar No. 453449)
                                                      Gura & Possessky, PLLC
                                                      101 N. Columbus Street, Suite 405
                                                      Alexandria, VA 22314
                                                      703.835.9085/Fax 703.997.7665

                                       By:  /s/Alan Gura
                                                    Alan Gura

                                                    Attorney for Plaintiffs