# United States Court of Appeals
### For The District of Columbia Circuit

---

No. 10-5062 September Term 2009

1:09-cv-00587-JR

**Filed On:** July 22, 2010

Maxwell Hodgkins, et al.,

    Appellants

    v.

Eric H. Holder, Jr.,

    Appellee

## O R D E R

Upon consideration of the consent motion for partial dismissal, it is

**ORDERED** that the motion be granted, and the Maxwell Hodgkins be dismissed as an appellant in this case.

The Clerk is directed to withhold issuance of the mandate herein pending disposition of the remainder of the appeal.

                  **FOR THE COURT:**
                  Mark J. Langer, Clerk

        BY:    /s/
                  Heather Stockslager
                Deputy Clerk