# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 10-5062**  **September Term, 2010**

FILED ON: APRIL 15, 2011

STEPHEN DEARTH AND SECOND AMENDMENT FOUNDATION, INC.,
    APPELLANTS

v.

ERIC H. HOLDER, JR.,
    APPELLEE

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:09-cv-00587)

---

Before: GINSBURG, HENDERSON and KAVANAUGH, *Circuit Judges*

### JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby reversed and the case is remanded for further proceedings, in accordance with the opinion of the court filed herein this date.

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/
Jennifer M. Clark
Deputy Clerk

Date: April 15, 2011

Opinion for the court filed by Circuit Judge Ginsburg.

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk