# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Hodgkins et al

        Plaintiff              Civil No.     09-587   (RLW)

vs.

Holder                            Category    L

        Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on Jun 7, 2011 from Judge James Robertson to Judge Robert L. Wilkins by direction of the Calendar Committee.

(Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc:   Judge Robert L. Wilkins   & Courtroom Deputy
       Judge James Robertson   & Courtroom Deputy
       Liaison, Calendar and Case Management Committee