# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN DEARTH and SECOND AMENDMENT FOUNDATION, INC., ) ) ) | |
| Plaintiffs, ) ) | Civil Action No. 1:09-cv-00587 Judge Robert L. Wilkins |
| v. ) ) | |
| ERIC HOLDER, Attorney General of the United States, ) ) ) | |
| Defendant. ) ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Daniel Riess of the United States Department of Justice, Civil Division, will be substituted as counsel for Defendant. Mr. Riess's contact information is listed below.

| | |
|---|---|
| **CONTACT INFORMATION** | Tel: (202) 353-3098<br>Fax: (202) 616-8460<br>E-mail: Daniel.Riess@usdoj.gov |
| **ADDRESS FOR U.S. MAIL** | Daniel Riess<br>Dept. of Justice, Civil Division<br>Federal Programs Branch<br>P.O. Box 883<br>Washington, DC 20044 |
| **ADDRESS FOR COURIER DELIVERIES** | Daniel Riess<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., N.W., Room 6122<br>Washington, D.C. 20001 |

**PLEASE NOTE** that as a result of security procedures, service by U.S. Mail is not a reliable way to serve Mr. Riess. Service by fax or courier is preferred.

Dated: June 20, 2011

Respectfully submitted,

TONY WEST
Assistant Attorney General

RONALD MACHEN
United States Attorney


     /s/ Daniel Riess
SANDRA M. SCHRAIBMAN
Assistant Director
DANIEL RIESS (Texas Bar No. 24037359)
Trial Attorney
U.S. Department of Justice
Civil Division, Rm. 6122
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone: (202) 353-3098
Fax: (202) 616-8460
Email: Daniel.Riess@usdoj.gov
*Attorneys for Defendant*