**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **STEPHEN DEARTH, et al.,**  )  <br>  )  <br>   **Plaintiffs,**  )  <br>  )  <br> **v.**  )  <br>  )  <br> **ERIC HOLDER, Attorney General of**  )  <br> **the United States, in his official capacity,**  )  <br>  )  <br>   **Defendant.**  )  <br> _____)  | Case No. 09-CV-0587-RLW |

**[PROPOSED] SCHEDULING ORDER**

Upon consideration of the parties' Joint Scheduling Report, it is hereby ORDERED:

1. Plaintiffs shall file their motion for summary judgment on or before **September 30, 2011**.

2. Defendant shall file his opposition brief to Plaintiffs' motion for summary judgment and cross-motion for summary judgment on or before **October 31, 2011.**

3. Plaintiffs shall file their reply brief in support of their motion for summary judgment and opposition brief to Defendant's motion for summary judgment on or before **December 2, 2011.**

4. Defendant shall file his reply brief in support of his cross-motion for summary judgment on or before **December 23, 2011**.

IT IS SO ORDERED this \_\_\_\_\_ day of _____, 2011.

_____
ROBERT L. WILKINS
UNITED STATES DISTRICT JUDGE