UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



FILED
AUG 23 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

STEPHEN DEARTH, *et al.*,

Plaintiffs,

v.

ERIC HOLDER, Attorney General of the United States, in his official capacity,

Defendant.

Civil Action No. 09-cv-0587 (RLW)

## SCHEDULING ORDER

Upon consideration of the parties' Joint Scheduling Report (Docket No. 19), it is hereby **ORDERED** that the parties shall abide by the following briefing schedule for dispositive motions:

| | |
|---|---|
| **Plaintiffs' Motion for Summary Judgment:** | September 30, 2011 |
| **Defendant's Opposition and Cross-Motion:** | October 31, 2011 |
| **Plaintiffs' Reply and Opposition** | December 2, 2011 |
| **Defendant's Reply:** | December 23, 2011 |

SO ORDERED.

Date: August 23, 2011

_____/s/_____
ROBERT L. WILKINS
United States District Judge