**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| STEPHEN DEARTH and SECOND AMENDMENT FOUNDATION, INC., | ) ) ) | Civil Action No. 1:09-cv-00587 (RLW) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| ERIC HOLDER, Attorney General of the United States, in his official capacity, | ) ) ) | |
| Defendant. | ) ) | |

_____)

**<u>ORDER</u>**

Upon consideration of Defendant's unopposed motion to amend scheduling order, it is hereby ORDERED that Defendant's motion is GRANTED.   It is further ORDERED that the parties shall abide by the following briefing schedule for dispositive motions:

1.    Plaintiffs shall file their motion for summary judgment on or before **October 14, 2011**.

2.    Defendant shall file his opposition brief to Plaintiffs' motion for summary judgment and cross-motion for summary judgment on or before **November 14, 2011.**

3.    Plaintiffs shall file their reply brief in support of their motion for summary judgment and opposition brief to Defendant's motion for summary judgment on or before **December 16, 2011.**

4.    Defendant shall file his reply brief in support of his cross-motion for summary judgment on or before **January 5, 2012**.

IT IS SO ORDERED this 22nd day of September, 2011.

/s/

_____
ROBERT L. WILKINS
UNITED STATES DISTRICT JUDGE