IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEPHEN DEARTH, et al., | ) | Case No. 09-CV-0587-RLW |
| | ) | |
| Plaintiffs, | ) | MOTION FOR SUMMARY JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC HOLDER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

MOTION FOR SUMMARY JUDGMENT

**COME NOW** the Plaintiffs Stephen Dearth and the Second Amendment Foundation, Inc., by and through undersigned counsel, and move the Court for entry of Summary Judgment in their favor and against Defendant pursuant to Federal Rule of Civil Procedure 56.

Dated: October 14, 2011     Respectfully submitted,

Alan Gura (D.C. Bar No. 453449)
Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

By:  /s/Alan Gura
    Alan Gura

    Attorney for Plaintiffs