IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STEPHEN DEARTH and SECOND AMENDMENT FOUNDATION, INC.,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**ERIC H. HOLDER, Jr., Attorney General of the United States,**<br><br>**Defendant.** | **Case No. 09-cv-0587-RLW** |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE DISPOSITIVE MOTION**

Defendant hereby moves for an extension of time up to and including Monday, November 21, 2011, in which to file their dispositive motion in this case. The current deadline is Monday, November 14, 2011. Plaintiffs' counsel has consented to the extension of time.

In support of this motion, Defendant states as follows:

Defendant requires additional time because Defendant's response to Plaintiffs' complaint must be coordinated with various components of the United States Department of Justice, and because of the press of business and scheduling conflicts. This motion will not prejudice any party to the case, and is not sought merely for delay but in order that justice may be served.

Based on the foregoing, Defendant respectfully requests that his motion for an extension of time be granted. A proposed order is attached hereto.

Dated: November 7, 2011                                          Respectfully submitted,

TONY WEST
Assistant Attorney General

RONALD MACHEN
United States Attorney

SANDRA M. SCHRAIBMAN
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch


    /s/ Daniel Riess
DANIEL RIESS (Texas Bar No. 24037359)
Trial Attorney
U.S. Department of Justice
Civil Division, Rm. 6122
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone: (202) 353-3098
Fax: (202) 616-8460
Email: Daniel.Riess@usdoj.gov
*Attorneys for Defendant*