# EXHIBIT 4

## EARLIEST KNOWN U.S. OR STATE RESIDENCY
## RESTRICTIONS ON THE PURCHASE OF FIREARMS

| State and Date of Enactment | Relevant Statutory Text | Source |
|---|---|---|
| Connecticut (1923) | Sec. 2.  No person shall advertise, sell, deliver, offer or expose for sale or delivery or have in his possession with intent to sell or deliver any pistol or revolver at retail *without having a permit* therefor issued as hereinafter provided.<br><br>   Sec. 3.  The chief of police or, where there shall be no chief of police, the warden of the borough or the first selectman of the town, as the case may be, may, upon the application of any person, issue a permit in such form as may be prescribed by the superintendent of state police for the sale at retail of pistols and revolvers within the jurisdiction of the authority issuing such permit.  *Upon the application of any person having a bona fide residence or place of business within the jurisdiction of any such authority* or, *upon the application of any bona fide resident of the United States* having a permit or license to carry any firearm issued by the authority of any state or sub-division of the United States, *such chief of police, warden or selectman may issue a permit to such person to carry a pistol or revolver* within the jurisdiction of the authority issuing the same, provided such authority shall find that such applicant intends to make no use of any pistol or revolver which he may be permitted to carry thereunder other than a proper use and that such person is a suitable person to receive such permit. . . . | Act of June 2, 1923, ch. 252, §§ 2-3, 1923 CONN. ACTS 3707. |
| District of Columbia (1932) | Sec. 4.  No person shall within the District of Columbia carry concealed on or about his person, except in his dwelling house or place of business or on other land possessed by him, a pistol, without a license therefor issued as hereinafter provided, or any deadly or dangerous weapon.<br><br>   Sec. 6.  The superintendent of police of the District of Columbia may, *upon the application of any person having a bona fide residence or place of business with the District of Columbia or of any person having a bona fide residence or place of business within the United States* and a license to carry a pistol concealed upon his person | Act of July 8, 1932, ch. 465, §§ 4, 6, 47 Stat. 650, 651 (1932). |

| | | |
|---|---|---|
| | issued by the lawful authorities of any State or subdivision of the United States, issue a license to such person to carry a pistol within the District of Columbia for not more than one year from date of issue, if it appears that the applicant has good reason to fear injury to his person or property or has any other proper reason for carrying a pistol and that he is a suitable person to be so licensed. . . . | |
| Indiana (1925) | Sec. 5.  No person shall carry, within the State of Indiana, a pistol or revolver concealed in any vehicle or upon his person, except in his dwelling house or place of business, *without a permit* therefor as hereinafter provided.  Violations of this section shall constitute a misdemeanor and be punished by a fine of one hundred dollars ($100.00), to which may be added imprisonment for not more than one year, and upon conviction the pistol or revolver shall be confiscated and destroyed by the sheriff on order of the court.<br><br>   Sec. 7.  The clerk of any circuit court of the State of Indiana, shall, *upon application of any citizen having a bona fide residence or place of business within the State of Indiana, or of any person having a bona fide residence or place of business within the United States*, and a permit to carry a firearm concealed upon his person issued by the authorities or any other state or subdivision of the United States, issue a permit to such citizen to carry a pistol or revolver within the State of Indiana, during the period of one year or until revoked, as herein provided.  Such application for permit shall be signed by two *resident householders and freeholders* of the *county in which the applicant lives*, and it shall appear from such application that the applicant is a suitable person to be granted a permit under the law. . . . | Act of March 12, 1925, ch. 207, §§ 5, 7, 1925 IND. LAWS 495, 496-97. |
| Maine (1939) | Sec. 18.  No person shall in a threatening manner display, or shall wear under his clothes, or conceal about his person any firearm, slung-shot, knuckles, bowie knife, dirk, stiletto, or other dangerous or deadly weapon *unless first licensed* to do so as herein provided.  *The chief of police or city marshal of any city* or the *selectmen of any town* may upon written application therefor issue to any *legal resident of such city or town* of good moral character, a certificate setting forth that such person has been duly licensed to carry any weapon or weapons | Act of Feb. 25, 1939, ch. 14, 1939 ME. ACTS 53.<br><br>2 REVISED STATUTES OF THE STATE OF MAINE 1871 (1944). |

| | | |
|---|---|---|
| | mentioned in the section. . . . Whoever violates any of the provisions of this section shall be punished by a fine of not more than $100, or by imprisonment for not more than 90 days. | |
| Massachusetts (1922) | Section 9.  The justice of a court or a trial justice, the board of police or mayor of a city, the selectmen of a town, or the commissioner of public safety, or persons authorized by them may, *upon the application of any person residing or having a place of business within the jurisdiction of the person issuing the license*, issue a license to such person to carry a pistol or revolver in the commonwealth if it appears that the applicant has good reason to fear an injury to his person or property or for any other proper purpose, and that he is a suitable person to be so licensed. | Act of May 29, 1922, ch. 485, § 9, 1922 MASS. ACTS 560, 563. |
| Michigan (1927) | Sec. 2.  *No person shall purchase a pistol* as defined in this act *without first having obtained a license* therefor as prescribed herein.  The commissioner or chief of police, or his duly authorized deputy, in incorporated cities or in incorporated villages having an organized department of police, and the sheriff, or his authorized deputy, in parts of the respective counties not included within incorporated cities or villages, are hereby authorized to issue license to purchase pistols to applicants residing within the respective territories herein mentioned.  *No such license shall be granted to any person except* he be nineteen years of age or over, and has *resided in this state six months or more*, and in no event shall such a license be issued to a person who has been convicted of a felony or adjudged insane in this state or elsewhere.<br><br>Sec. 6.  The prosecuting attorney, the commissioner or chief of police and the commissioner of public safety or their respective authorized deputies in incorporated cities or in incorporated villages having an organized department of police, and the prosecuting attorney, the commissioner of public safety or their authorized deputies, and the sheriff, under-sheriff or chief deputy sheriff in parts of the respective counties not included within incorporated cities or villages shall constitute | Act of June 2, 1927, ch. 372, §§ 2, 6, 1927 MICH. ACTS 887, 887-88, 889. |

| | | |
|---|---|---|
| | boards exclusively authorized to issued licenses to carry pistols concealed on the person to applicants residing withing the respective territories herein mentioned.  The boards, which boards shall be known in law as "The Concealed Weapon Licensing Board."  *No such license to carry a pistol concealed on the person shall be granted to any person except he* be nineteen years of age or over and has *resided in this state six months or over*, and in no event shall such license be issued unless it appears that the applicant has good reason to fear injury to his person or property, or has other proper reason, and that he is a suitable person to be so licensed, and in no event to a person who has been convicted of a felony or adjudged insane in this state or elsewhere. | |
| Missouri (1921) | Sec. 2.  **Shall secure permit to acquire weapon**. — *No person*, other than a manufacturer or wholesaler thereof to or from a wholesale or retail dealer therein, for the purpose of commerce, *shall* directly or indirectly *buy*, sell, borrow, loan, give away, trade, barter, deliver or receive, in this state, *any pistol, revolver or other firearm of a size which may be concealed upon the person, unless the buyer*, borrower or person receiving such weapon *shall first obtain* and deliver to, and the same be demanded and received by, the seller, loaner, or person delivering such weapon, within thirty days after the issuance thereof, *a permit* authorizing such person to acquire such weapon. *Such permit shall be issued by the circuit clerk of the county in which the applicant for a permit resides in this state*, if the sheriff be satisfied that the person applying for the same is of good moral character and of lawful age and that the granting of the same will not endanger to public safety. | Act of April 7, 1921, § 2, 1921 Mo. Laws 692. |
| Montana (1919) | Section 5.  *Any judge of a District Court of the state may grant permission to carry or bear concealed or otherwise a pistol or revolver* for a term not exceeding one year.  All applications for such permission must be made by petition filed with the clerk of the District Court for the filing of which petition no charge shall me made.  The applicant shall, if personally unknown to the judge, furnish proof by a credible witness of his good moral character and peaceable deposition.  *No such permission shall be granted any person who is not a citizen of the United States, and who has not been an actual bona fide resident* | Act of March 3, 1919, ch. 74, § 5, 1919 Mont. Acts 147, 148. |

| | | |
|---|---|---|
| | *of the State of Montana for six (6) months immediately next preceding the date of such application. . . .* | |
| New Jersey (1924) | 1. *Any person who shall carry any revolver, pistol or other firearm* or other instrument of any kind known as a blackjack, slungshot, billy, sandclub, sandbag, bludgeon, metal knuckles, dagger, dirk, dangerous knife, stiletto, bomb or other high explosive, other than fixed ammunition in or about his clothes or person, or in any automobile, carriage, motor cycle, or other vehicle, *shall be guilty of a high misdemeanor*; . . . and *provided*, further, *nothing* in this act contained *shall be construed to apply to any person holding a permit to carry any revolver, pistol or other firearm*, when such permit has been obtained pursuant to the provisions of this act; nor to public utility corporations in the transportation of explosives to be used in their operation.<br><br>2. *Any person desirous of obtaining a permit* to carry a revolver, pistol or other firearm, pursuant to the provisions of the act, *shall* in the first instance, *make application* therefor *to the chief of police* of the *municipality in which the applicant resides*. In the event that the *applicant is a resident of a municipality having no chief of police* then application for a permit shall be made to the *sheriff of the county wherein the applicant resides*. *If such application is approved* by the chief of police or the sheriff, as the case may be, *the applicant shall then present* such application, so approved as a aforesaid, *to the Justice of the Supreme Court* holding the circuit *for the county in which the applicant is resident*, who, after investigation and being satisfied of the sufficiency of the application, and of the need of such person carrying concealed upon his person, a revolver, pistol or other firearm, shall issue a permit therefor . A permit so issued pursuant to the provisions of this act is sufficient authority for the holder thereof to carry concealed upon his person a revolver, pistol or other firearm in all parts of the State of New Jersey. . . . | Act of March 11, 1924, ch. 137, §§ 1-2, 1924 N.J. ACTS 305, 305-06. |
| New York (1913) | Any person over the age of sixteen years, who shall have in his possession in any city, village or town of this state, any pistol, revolver or other firearm of a size which may be concealed upon the person, without a written | Act of May 21, 1913, ch. 608, § 1, 1913 N.Y. LAWS 1627, 1628-29. |

license therefor, issued to him as hereinafter prescribed, shall be guilty of a misdemeanor.

Any person over the age of sixteen years, who shall have or carry concealed upon his person in any city, village, or town of this state, any pistol, revolver, or other firearm without a written license therefor, issued as hereinafter prescribed and licensing such possession and concealment, shall be guilty of a felony.

It shall be the duty of any magistrate in this state to whom an application therefor is made by a commissioner of correction of a city or by any warden, superintendent or head keeper of any state prison, penitentiary, workhouse, county jail or other institution for the detention of persons convicted of or accused of crime, or offences, or held as witnesses in criminal cases, to issue to each of such persons as may be designated in such applications, and who is in the regular employ in such institution of the state, or of any county, city, town or village therein a license authorizing such person to have and carry concealed a pistol or revolver while such person remains in the said employ.

It shall be the duty of any magistrate in this state, upon application therefor, by any householder, merchant, storekeeper or messenger of any banking institution or express company in the state, and provided such magistrate is satisfied of the good moral character of the applicant, and provided that no other good moral character of applicant, and provided that, no other good cause exists for the denial of such application, to issue to such applicant a license to have a possess a pistol or revolver, and authorizing him (a) if a householder, to have such weapon in his dwelling, and (b)if a merchant, or storekeeper, to have such weapon in his place of business, and (c) if a messenger of a banking institution or express company, to have and carry such weapon concealed while in the employ of such institution or express company.

In addition, *it shall be lawful* for any magistrate, upon proof before him that the person applying therefor is of good moral character, and that proper cause exist for the issuance thereof, *to issue to such person a license to have and carry concealed a pistol or revolver* without regard to

| | | |
|---|---|---|
| | employment or place of possessing such weapon, *provided, however*, that *no such license shall be issued* to any alien, or *to any person not a citizen of and usually resident in the state of New York*, except by a judge or justice or justice of a court of record in this state, who shall state in such license the particular reason for the issuance thereof, and the name of the person certifying to the good moral character of the applicant. | |
| North Carolina (1919) | Section 1.  That *it shall be unlawful* for any person, firm, or corporation in this State to sell, give away or dispose of, or *to purchase or receive*, at any place within the State from any other place within or without the State, *without a license or permit* therefor shall have first been obtained by such purchaser or receiver form the clerk of the Superior Court of the county in which such purchase, sale, or transfer is intended to be made, *any pistol*, so-called pump-gun, bowie knife, dirk, dagger or metallic knucks.<br><br>Sec. 2.  That the clerks of the Superior Courts of any and all counties of this State are hereby authorized and directed to issue to any person, firm, or corporation in any such county a license or permit to purchase or receive any weapon mentioned in section one of this act from any person, firm, or corporation offering to sell or dispose of the same, which said license or permit shall be in the following form, to wit:<br><br>    NORTH CAROLINA,<br>_____ County.<br>    I, _____, clerk of the Superior Court of said county, do hereby certify that _____ *whose place of residence is* _____Street, in _____ (or) in_____Township _____ *County, North Carolina*, having this day satisfied me as to his, her (or) their good moral character, and that the possession of one of weapons described in section one of this act is necessary for self-defense or the protection of the home, a license or permit is therefore hereby given  said _____to purchase one pistol, (or) _____ (If any other weapon is named strike out word pistol.) from any person, firm, or | Act of March 10, 1919, ch. 197, §§ 1-2, 1919 N.C. LAWS 397, 397-98. |

| | | |
|---|---|---|
| | corporation authorized to dispose of the same.<br>       This _____day of _____ , 19___<br><br>                              Clerk Superior Court. | |
| Rhode Island (1927) | Sec. 4.  *No person shall, without a license therefor*, issued as provided in section six hereof, *carry a pistol in any vehicle or concealed on or about his person*, except in his dwelling house or place of business or on land possessed by him, and no person shall manufacture, sell purchase or possess a machine gun except as otherwise provided in the act.<br><br>Sec. 6.  The licensing authorities of any city or town shall *upon application of any person having a bona fide residence or place of business within such city or town* or of *any person having a bona fide residence or place of business within the United States* and a license to carry a pistol concealed upon his person issued by the authorities of any other state or subdivision of the United States, *issue a license* to such person to carry concealed upon his person a pistol within this state for not more than one year form date of issue, if it appears that the applicant has good reason to fear an injury to his person or property or has any other proper reason for carrying a pistol, and that he is a suitable person to be so licensed. | Firearms Act, ch. 1052, §§ 4, 6, 1927 R.I. LAWS 256, 257, 258. |
| West Virginia (1909) | That section seven of chapter one hundred and forty-eight of the code be amended and re-enacted so as to read as follows:<br><br>Sec. 7.  If any person, *without a state license* therefor, *carry about his person any revolver or other pistol*, dirk, bowie knife, slung shot, razor, billy, metallic or other false knuckles, or any other dangerous or deadly weapon of like kind and character, *he shall be guilty of a misdemeanor*, and upon conviction thereof be confined in the county jail for a period of not less than six nor more than twelve months for the first offense; but upon conviction of the same person for the second offense in this state, he shall be guilty of a felony and be confined in the penitentiary not less than one nor more than five years, and in either case fined not less  than fifty nor more than | Act of Feb. 16, 1909, ch. 51, 1909 W. VA. ACTS 394, 395-96. |

| | | |
|---|---|---|
| | two hundred dollars, at the discretion of the court; . . . *Any person may obtain a state license* to carry any such weapon *within any county in this state by publishing a notice in some newspaper published in the county in which he resides*, setting forth his name, residence and occupation, and that on a certain day *he will apply to the circuit court of his county for such state license*, and after the publication of such notice for at least ten days before said application is made and at the time stated in said notice upon application to said circuit court, it may grant such person a license . . . . | |