IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STEPHEN DEARTH and SECOND AMENDMENT FOUNDATION, INC.,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**ERIC H. HOLDER, Jr., Attorney General of the United States,**<br><br>**Defendant.** | Case No. 09-cv-0587-RLW |

### DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS

Pursuant to Local Civil Rule 7(h), Defendant submits this statement of material facts as to which no genuine dispute exists.

1. Plaintiff Stephen Dearth is a U.S. citizen who resides permanently in Canada. Compl. ¶ 2.

2. Plaintiff Dearth does not maintain a residence within any State in the United States. Compl. ¶ 2.

3. Plaintiff Dearth legally owns firearms in Canada. See Def. Combined Mot. for J. on the Pleadings or, in the Alternative, for Summ. J., and Opp. to Pl. Mot. for Summ. J., Ex. 2 (First Am. Compl., Dearth v. Gonzales, Case No. 2:06-cv-1012 (S.D. Ohio)).

4. Plaintiff Dearth maintains that he has friends and relatives in the United States and visits the United States occasionally. Compl. ¶ 10. He states that he would plan to store any weapons he purchases in the United States in his relatives' home in Mount Vernon, Ohio. Id. ¶ 11.

Dated: November 21, 2011                    Respectfully Submitted,

                                                                    TONY WEST
Assistant Attorney General

RONALD C. MACHEN
United States Attorney

SANDRA M. SCHRAIBMAN
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch

  /s/ Daniel Riess
DANIEL RIESS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Room 6122
Washington, D.C. 20530
(202) 353-3098
Daniel.Riess@usdoj.gov

*Attorneys for Defendant*