IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STEPHEN DEARTH and SECOND AMENDMENT FOUNDATION, INC.,**<br><br>   **Plaintiffs,**<br><br>vs.<br><br>**ERIC H. HOLDER, Jr., Attorney General of the United States,**<br><br>   **Defendant.** | Case No. 09-cv-0587-RLW |

## PROPOSED ORDER

Upon consideration of Defendant's motion for judgment on the pleadings or, in the alternative, for summary judgment, the opposition and reply briefs thereto, and the entire record in this case, it is hereby

**ORDERED** that Defendant's motion be, and hereby is, **GRANTED.** It is further

**ORDERED** that judgment on the pleadings is entered for Defendant, and that Plaintiffs' complaint is **DISMISSED WITH PREJUDICE.**

**SO ORDERED.**

Dated: _____

_____
ROBERT L. WILKINS
United States District Judge