IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEPHEN DEARTH, et al., | ) | Case No. 09-CV-0587-RLW |
| | ) | |
| Plaintiffs, | ) | PLAINTIFFS' UNOPPOSED MOTION |
| | ) | TO AMEND SCHEDULING ORDER |
| v. | ) | |
| | ) | |
| ERIC HOLDER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>PLAINTIFFS' UNOPPOSED MOTION TO AMEND SCHEDULING ORDER</u>

**COME NOW** the Plaintiffs Stephen Dearth and the Second Amendment Foundation, Inc., by and through undersigned counsel, and move the Court to amend the scheduling order as follows:

1. This is Plaintiffs' first request for an extension of the scheduling order.

2. Defendant has twice moved, with Plaintiffs' consent, to amend the scheduling order.

3. Most recently, Plaintiffs agreed to a one-week extension for the Defendant to file his dispositive motion. Plaintiffs did not seek a commensurate extension for their time to oppose Defendant's motion and reply to the opposition to Plaintiffs' motion, as it was believed that under counsel's then-existing schedule that sufficient time still remained to submit an opposition and reply brief within the original schedule, even with one less week to work on the matter.

4. Since then, however, the press of unanticipated business has rendered counsel's hope for a December 16 filing in this case difficult.

5. After meeting and conferring with Defendant's counsel, Plaintiffs respectfully now move for a two-week extension of time to file their opposition and reply, and a commensurate two-week extension for Defendant's final reply. This motion will not prejudice any party to the case, and is not sought merely for delay but in order that justice may be served.

Based on the foregoing, Plaintiffs respectfully request that their motion for an extension of time be granted. A proposed order is attached hereto.

Dated: December 13, 2011                    Respectfully submitted,

                                                  Alan Gura (D.C. Bar No. 453449)
                                                  Gura & Possessky, PLLC
                                                  101 N. Columbus Street, Suite 405
                                                  Alexandria, VA 22314
                                                  703.835.9085/Fax 703.997.7665

                                      By: /s/Alan Gura
                                                  Alan Gura

                                                  Attorney for Plaintiffs