IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STEPHEN DEARTH and SECOND AMENDMENT FOUNDATION, INC.,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**ERIC H. HOLDER, Jr., Attorney General of the United States,**<br><br>**Defendant.** | **Case No. 09-cv-0587-RLW** |

**DEFENDANT'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE CLOSING BRIEF**

Defendant hereby moves for an extension of time up to and including Wednesday, February 1, 2012, in which to file his combined opposition brief to Plaintiffs' motion for summary judgment and reply brief in support of Defendant's cross-motion for summary judgment. The current deadline is Thursday, January 19, 2012. Plaintiffs' counsel has consented to the extension of time.

In support of this motion, Defendant states as follows:

Defendant requires additional time because Defendant's combined opposition/reply brief must be coordinated with various components of the United States Department of Justice, and because of the press of business and scheduling conflicts (including a substantive motion due just after the current deadline for Defendant's closing brief). This motion will not prejudice any party to the case, and is not sought merely for delay but in order that justice may be served.

Based on the foregoing, Defendant respectfully requests that his motion for an extension of time be granted. A proposed order is attached hereto.

Dated: January 11, 2012                               Respectfully submitted,


                                                      TONY WEST
                                                      Assistant Attorney General

                                                      RONALD MACHEN
                                                      United States Attorney

                                                      SANDRA M. SCHRAIBMAN
                                                      Assistant Branch Director
                                                      U.S. Department of Justice
                                                      Civil Division, Federal Programs Branch


                                                         /s/ Daniel Riess
                                                      DANIEL RIESS (Texas Bar No. 24037359)
                                                      Trial Attorney
                                                      U.S. Department of Justice
                                                      Civil Division, Rm. 6122
                                                      20 Massachusetts Avenue, NW
                                                      Washington, D.C. 20530
                                                      Telephone: (202) 353-3098
                                                      Fax: (202) 616-8460
                                                      Email: Daniel.Riess@usdoj.gov
                                                      *Attorneys for Defendant*