IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEPHEN DEARTH and SECOND )
AMENDMENT FOUNDATION, INC., )
                                            )    Civil Action No. 1:09-cv-00587 (RLW)
    Plaintiffs,     )
                                            )
    v.     )
                                            )
ERIC HOLDER, Attorney General of )
the United States, in his official capacity, )
                                            )
    Defendant.     )
_____)

## ORDER

Upon consideration of Defendant's unopposed motion to exceed page limits, it is hereby ORDERED that Defendant's motion is GRANTED. It is further ORDERED that on or before February 1, 2012, Defendant shall file a reply brief in support of his motion for judgment on the pleadings or, in the alternative, for summary judgment, that does not exceed thirty-three (33) pages.

IT IS SO ORDERED this _____ day of _____, 2012.

_____
ROBERT L. WILKINS
UNITED STATES DISTRICT JUDGE