IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEPHEN DEARTH, et al., | ) | Case No. 09-CV-0587-RLW |
| | ) | |
| Plaintiffs, | ) | NOTICE OF SUPPLEMENTAL |
| | ) | AUTHORITY |
| v. | ) | |
| | ) | |
| ERIC HOLDER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

NOTICE OF SUPPLEMENTAL AUTHORITY

PLEASE TAKE NOTICE that the United States District Court for the District of Massachusetts has decided *Fletecher* v. *Haas*, No. 11-10644-DPW, 2012 U.S. Dist. LEXIS 44623 (D. Mass. March 30, 2012).

In *Fletcher*, the court struck down as a violation of the Second Amendment Massachusetts' prohibition on the possession of firearms by resident aliens. "The Massachusetts firearms regulatory regime, as applied to [individual plaintiffs], does not pass constitutional muster regardless of whether intermediate scrutiny or strict scrutiny applies." *Id*. at *46.

> Although Massachusetts has an interest in regulating firearms to prevent dangerous persons from obtaining firearms . . . the statute here fails to distinguish between dangerous non-citizens and those non-citizens who would pose no particular threat if allowed to possess handguns. Nor does it distinguish between temporary non-immigrant residents and permanent residents. Any classification based on the assumption that lawful permanent residents are categorically dangerous and that all American citizens by contrast are trustworthy lacks even a reasonable basis.

*Id*. at *47.

Likewise, here, there is no reason to suppose that American citizens are categorically dangerous merely because they reside overseas. This Court should follow *Fletcher*.

Dated: April 4, 2012   Respectfully submitted,

                                                Alan Gura (D.C. Bar No. 453449)
                                                Gura & Possessky, PLLC
                                                101 N. Columbus Street, Suite 405
                                                Alexandria, VA 22314
                                                703.835.9085/Fax 703.997.7665

                       By:   /s/Alan Gura
                                                Alan Gura

                                                Attorney for Plaintiffs