IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN DEARTH and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> ERIC H. HOLDER, Jr., Attorney General of the United States, <br><br> Defendant. | Case No. 09-cv-0587-RLW |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant hereby respectfully brings to the Court's attention a recent appellate decision, Hightower v. City of Boston, __ F.3d __, 2012 WL 3734352 (1st Cir. Aug. 30, 2012), in which the First Circuit rejected the contention that a facial challenge to a state firearms statute under the Second Amendment could be premised on the overbreadth doctrine. A copy of the decision is attached as an exhibit to this Notice.

Dated: August 31, 2012

Respectfully Submitted,

STUART F. DELERY
Acting Assistant Attorney General

RONALD C. MACHEN
United States Attorney

SANDRA M. SCHRAIBMAN
(D.C. Bar No. 188599)
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch

  /s/ Daniel Riess
DANIEL RIESS
Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Room 6122
Washington, D.C. 20530
(202) 353-3098
Daniel.Riess@usdoj.gov

*Attorneys for Defendant*