UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STEPHEN DEARTH,** *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**ERIC H. HOLDER, Jr., Attorney General of the United States, in his official capacity,**<br><br>　　　　　　　Defendant. | Civil Action No. 09-cv-0587 (RLW) |

### ORDER

Upon consideration of Plaintiffs' Motion for Summary Judgment (Docket No. 23), Defendant's Motion for Judgment on the Pleadings, or in the alternative, Summary Judgment (Docket No. 25), any responses thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiffs' motion is **DENIED**; it is

**FURTHER ORDERED** that Defendant's motion for summary judgment is **GRANTED**; and it is

**FURTHER ORDERED** that **JUDGMENT** shall be entered for Defendant, and that Plaintiffs' complaint is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

Date: September 27, 2012

　　　　　　　　　　　　　　　　　　　　　ROBERT L. WILKINS
　　　　　　　　　　　　　　　　　　　　　United States District Judge