AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| STEPHEN DEARTH et al., <br> *Plaintiff* <br> v. <br> ERIC HIMPTON HOLDER, JR. <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 09-cv-00587-RLW <br> ) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Judgment in favor of the Defendant Eric Himpton Holder Jr against Plaintiffs Stephen Dearth and Second Amendment Foundation, Inc.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Robert L. Wilkins  on a motion for Summary Judgment

Date: 09/27/2012

ANGELA D. CAESAR, CLERK OF COURT

/s/ Terri C. Barrett
*Signature of Clerk or Deputy Clerk*