IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN DEARTH and SECOND AMENDMENT FOUNDATION, INC., ) ) ) | Case No. 09-CV-0587-RLW |
| Plaintiffs, ) ) ) | **NOTICE OF APPEAL** |
| v. ) ) | |
| ERIC HOLDER, ) ) | |
| Defendant. ) _____ ) | |

# NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiffs Stephen Dearth and the Second Amendment Foundation, Inc. hereby appeal to the United States Court of Appeals for the District of Columbia Circuit the memorandum opinion and final order of the District Court of September 27, 2012, granting Defendant Eric Holder's motion for summary judgment, denying Plaintiffs' motion for summary judgment, and dismissing the case, and the final judgment entered September 27, 2012 by the District Court. (Docket Nos. 41, 42, 43).

Dated: September 27, 2012            Respectfully submitted,

                                                Alan Gura (D.C. Bar No. 453449)
                                              Gura & Possessky, PLLC
                                              101 N. Columbus Street, Suite 405
                                              Alexandria, VA 22314
                                              703.835.9085/Fax 703.997.7665

                                   By:  /s/ Alan Gura
                                                Alan Gura

                                                Attorney for Plaintiffs