IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN DEARTH and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LORETTA LYNCH, <br><br> Defendant. | Case No. 09-CV-0587-JDB |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Stephen Dearth and Second Amendment Foundation, Inc., submit this stipulation, between themselves and Defendant Loretta Lynch, to the effect that this action shall be dismissed with prejudice, each party bearing its own costs and fees.

Dated: November 16, 2015          Respectfully submitted,

FOR PLAINTIFFS:

/s/ Alan Gura
Alan Gura
Gura & Possessky, PLLC
105 Oronoco Street, Suite 305
Alexandria, VA 22314
703.835.9085 / Fax 703.997.7665

FOR DEFENDANT:

/s/ Daniel Riess
Daniel Riess
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
202.353.3098/202.616.8460